**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ABDUL GHANI )<br>          Detainee ISN 934, )<br>          Petitioner, )<br> )<br>     v. )<br> )<br>BARACK OBAMA, )<br>President of the United States, *et al.*, )<br> )<br>          Respondents. )<br> ) | Civil Action No. 09-cv-00904 (RMC) |

**PETITIONER'S UNOPPOSED MOTION TO EXTEND TIME BY WHICH RESPONDENTS MUST RESPOND TO THE COURT'S ORDER OF MAY 18, 2009**

Respondents hereby move, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for an extension of time until Friday, August 7, 2009 to file a response to the Court's May 18, 2009 Order which requires Respondents to file a statement showing why a writ of *habeas corpus* should not issue in this case.  In support of their motion, counsel states the following:

1. On May 14, 2009, Petitioner Abdul Ghani filed a Petition for Writ of Habeas Corpus.

2. On May 18, 2009, this Court issued an order requiring Respondents, within twenty days, to file a statement showing why the writ of *habeas corpus* should not issue.

3. Respondents respectfully request that they be granted an extension of time until August 7, 2009 to file a factual return pertaining to Petitioner as a response to the Court's May 18, 2009 Order.  The factual return will contain the factual basis upon which Respondents are detaining the Petitioner.  See Judge Hogan's Coordinated Case Management Order at p. 2, Misc. No. 08-0442 (TFH), Doc. No. 940, as amended on December 16, 2008, Doc.  No. 1315.  Pursuant to Judge Hogan's Coordinated Case Management Order, Respondents will also file

with the factual return a legal justification explaining the legal justification for detaining the Petitioner.  *Id.*

      4.  The preparation and submission of the factual return is a complicated and labor-intensive process.  Reasonably available documents pertinent to the Petitioner must be reviewed in preparing the factual return.  Classified documents to be included in the factual return must be cleared, line by line, by various government agencies before they can be produced to the Court and Petitioner's counsel.  Respondents' counsel must consult with various government agencies in drafting the factual return.  This entire process of reviewing the pertinent materials, drafting the narrative portion of the factual return, and obtaining the appropriate clearance of the classified documents takes a significant amount of time.

      5.  Counsel for Respondents has conferred with counsel for Petitioner, Tami Lyn Azorsky.  Petitioner consents to Respondents being afforded sixty-days extension of time to file their factual return.

//

//

//

WHEREFORE Respondents respectfully request an extension of time until Friday, August 7, 2009 in order to file a factual return as a response to the Court's Order of May 18, 2009.

Dated: June 5, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
Assistant Branch Director

   /s/ *Sherry D. Soanes*
ANDREW I. WARDEN
PAUL E. AHERN
DANIEL M. BARISH (D.C. Bar No. 448263)
SHERRY D. SOANES
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 5112
Washington, D.C. 20530
Telephone: (202) 305-7960
Facsimile: (202) 305-2685
sherry.soanes@usdoj.gov
Attorneys for Respondents