**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ABDUL GHANI,<br>　　　　Detainee ISN 934,<br>　　　　Petitioner,<br><br>　　v.<br><br>BARACK OBAMA,<br>President of the United States, *et al.*,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 09-cv-00904 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING RESPONDENTS AN EXTENSION OF TIME**
**TO RESPOND TO THE COURT'S ORDER OF MAY 18, 2009**

Upon consideration of Respondents' Unopposed Motion for an extension of time within which to file a response to this Court's Order of May 18, 2009,

Ordered that Respondents shall have an extension of time until August 7, 2009 to file a factual return as a response to the Court's Order of May 18, 2009.

Date _____

_____
Honorable Rosemary M. Collyer
United States District Judge