IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL GHANI (ISN 934), <br><br> Petitioner, <br><br> v. <br><br> BARACK OBAMA, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 1:09-CV-00904 (RMC) |

## NOTICE OF FILING RESPONDENTS' AMENDED FACTUAL RETURN

Notice is hereby given that on October 21, 2011 Respondents filed, through the Court Security Officer, an Amended Factual Return.

Dated: October 21, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT (DC Bar No. 431134)
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

*/s/ Gary J. Newkirk*
ANDREW I. WARDEN
DANIEL M. BARISH
R.H. BOWLES
GARY J. NEWKIRK
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 7200
Washington, D.C. 20005
(P) 202-566-2736
(F) 202-307-0442
gary.newkirk@usdoj.gov
Attorneys for Respondents